# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2944
_____

United States of America,

*Plaintiff - Appellee,*

v.

Jerome Nash,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: May 5, 2020
Filed: May 8, 2020
[Unpublished]

_____

Before COLLOTON, BEAM, and KOBES, Circuit Judges.

_____

PER CURIAM.

Jerome Nash appeals after he pleaded guilty to unlawfully possessing a firearm as a felon. The district court[1] sentenced him under the Armed Career Criminal Act

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

(ACCA), 18 U.S.C. § 924(e), to 180 months in prison.  His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the determination that Nash's prior second-degree robbery convictions qualified as ACCA predicate offenses.

After careful de novo review, we conclude that the district court did not err in concluding that Nash's prior Missouri second-degree robbery convictions qualified as ACCA predicate offenses.  This court previously has determined that a conviction under Missouri's second-degree robbery statute categorically qualifies as an ACCA predicate offense. *See United States v. Swopes*, 886 F.3d 668, 671 (8th Cir. 2018) (en banc), *cert. denied*, 139 S. Ct. 1258 (2019); *see also United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal outside the scope of the appeal waiver.  Accordingly, we grant counsel's motion to withdraw, and affirm the judgment of the district court.

_____